## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

   **Yasmin A. Ali**, being sworn, says:

   I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

   On **April 24, 2008**, I served a true copy of the annexed **ANSWER** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Andrew B. Stoll, Esq.
STOLL, GLICKMAN & BELLINA, LLP
Attorneys for Plaintiffs
71 Nevins Street
Brooklyn, New York  11217

_____
Yasmin A. Ali

Sworn to before me this
25th day of April, 2008

_____
NOTARY PUBLIC

IDALIA SANCHEZ
Notary Public, State of New York
No. 01SA6161579
Qualified in Queens County
Commission Expires Feb. 26, 20 11

521126.1