UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Frank Mercado, Indv., and as Admistrator of
the Estate of David Mercado and Evelyn Mercado
               Plaintiff,



    -against-

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 2855(BSJ) (GWG)

The City of New York, Dept. of Correction
Commissioner Martin F. Horn., John Doe 1-5
               Defendants.
----------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_ General Pretrial** (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ **Specific Non-Dispositive Motion/Dispute:*** _____ _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ **Settlement***

___ **Inquest After Default/Damages Hearing**

___ **Consent under 28 U.S.C. §636(c) for all purposes (including trial)**

___ **Consent under 28 U.S.C.§636(c) for limited purpose** (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ **Habeas Corpus**

___ **Social Security**

___ **Dispositive Motion** (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

---

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

                                                                                                                                                                                                                     _Barbara S.J._
                                                                                                                                                                                                    5/5/08