# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

       **Yasmin A. Ali**, being sworn, says:

       I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

       On **May 19, 2008**, I served a true copy of the annexed **ANSWER** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Andrew B. Stoll, Esq.
STOLL, GLICKMAN & BELLINA, LLP
Attorneys for Plaintiffs
71 Nevins Street
Brooklyn, New York  11217

                                                                                            Yasmin A. Ali

Sworn to before me this
20th day of May, 2008

_____
NOTARY PUBLIC

PATRICIA THORNTON
Notary Public, State of New York
No. 02TH6170357
Qualified in Nassau County
Commission Expires 07/09/20__

526053.1