UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRANK MERCADO, individually and as
Administrator of the Estate of DAVID MERCADO, : Index No. 08 CV 02855
And EVELYN MERCADO, : (BSJ)
                 Plaintiffs, :
: **NOTICE OF**
  -against- : **APPEARANCE**
:
THE CITY OF NEW YORK, DEPARTMENT OF :
CORRECTION COMMISSIONER MARTIN F. :
HORN, JOHN DOE CORRECTION OFFICERS :
##1-5, PRISON HEALTH SERVICES, INC., :
MICHAEL CATALANO, C.E.O. OF PRISON :
HEALTH SERVICES, INC., DEPARTMENT OF :
HEALTH AND MENTAL HYGIENE MEDICAL :
DIRECTOR TREVOR PARKS, DEPARTMENT :
OF HEALTH AND MENTAL HYGIENE :
PROGRAM DIRECTOR REBECCA PINNEY, :
DEPARTMENT OF HEALTH AND MENTAL :
HYGIENE DEPUTY COMMISSIONER JAMES :
CAPOZIELLO, DEPARTMENT OF HEALTH :
AND MENTAL HYGIENE MEDICAL :
DIRECTOR DOCTOR BENJAMIN OKONTA, :
PRISON HEALTH SERVICES, INC., :
EMPLOYEES ##1-5, :
                 Defendants. :
------------------------------------------------------------------x

     PLEASE TAKE NOTICE that the law firm of Meenan & Associates, LLC., hereby enters its appearance in this action as attorneys for Plaintiff Evelyn Mercado.

Dated: June 16, 2008
       New York, New York

                                 MEENAN & ASSOCIATES LLC

                                 Colleen M. Meenan (CM7439)
                                 *Attorney for Plaintiff Evelyn Mercado*
                                 64 Fulton Street, Ste. 502
                                 New York, NY 10038
                                 P: (212) 226-7334
                                 F: (212) 226-7716
                                 Email: cmm@meenanesqs.com

To:	Paul Stuart Haberman
	Lifshutz & Lifshuts, P.C.
	*Attorneys for Defendants The City of New York
		Catalano, Pinney, and Parks*
	501 Fifth Avenue, Ste. 506
	New York, NY 10017

	Andrew Brian Stoll
	Stoll, Glickman & Bellina, LLP
	*Attorney for Plaintiff Frank Mercado*
	71 Nevins Street
	Brooklyn, NY 11217

AFFIDAVIT OF SERVICE
RE: Mercado v. City of New York, et al.
Docket No. 08 CV 02855 (BSJ)

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

I, Gaitree Bhoge, being sworn, say:

1. I am not a party to the action, am over 18 years of age and reside at 64 Fulton Street, New York, NY 10038, and

2. On June 16, 2008, I served the within Notice of Appearance by depositing a true copy thereof enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State, addressed to the following:

Paul Stuart Haberman
Lifshutz & Lifshuts, P.C.
501 Fifth Avenue, Ste. 506
New York, NY 10017

Andrew Brian Stoll
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217

Dated:  New York, New York
        June 16, 2008

_____
Gaitree Bhoge

STATE OF NEW YORK, COUNTY OF NEW YORK SS:

On the 16th day of June in the year 2008, before me undersigned, a Notary Public in and for said State, personally appeared Gaitree Bhoge personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Signature and Office of Individual
Taking Acknowledgement

MINERVA L. ALONSO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL6171446
Qualified In New York County
My Commission Expires July 23, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Docket No. 08 CV 02855 (BSJ)

---

FRANK MERCADO, individually and as
Administrator of the Estate of DAVID MERCADO,
And EVELYN MERCADO,

        Plaintiffs,

 -against-

THE CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, JOHN DOE CORRECTION OFFICERS
##1-5, PRISON HEALTH SERVICES, INC.,
MICHAEL CATALANO, C.E.O. OF PRISON
HEALTH SERVICES, INC., DEPARTMENT OF
HEALTH AND MENTAL HYGIENE MEDICAL
DIRECTOR TREVOR PARKS, DEPARTMENT
OF HEALTH AND MENTAL HYGIENE
PROGRAM DIRECTOR REBECCA PINNEY,
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE DEPUTY COMMISSIONER JAMES
CAPOZIELLO, DEPARTMENT OF HEALTH
AND MENTAL HYGIENE MEDICAL
DIRECTOR DOCTOR BENJAMIN OKONTA,
PRISON HEALTH SERVICES, INC.,
EMPLOYEES ##1-5,

        Defendants.

---

## NOTICE OF APPEARANCE

---

MEENAN & ASSOCIATES, LLC
By: Colleen M. Meenan
(CM 7439)
64 Fulton Street, Ste. 502
New York, NY 10038
(212) 226-7334

---