UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRANK MERCADO, individually and as
Administrator of the Estate of DAVID
MERCADO, and EVELYN MERCADO,

                Plaintiff,

         -against-                             08 CIVIL 02855 (BSJ)

THE CITY OF NEW YORK, et al.

                Defendant.
------------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: PAUL STUART HABERMAN

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: PH2771

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: LIFSHUTZ + LIFSHUTZ, P.C. (NOT THERE SINCE 11/07)

    To: HEIDELL, PITTONI, MURPHY + BACH, LLP
         99 PARK AVENUE, NEW YORK, NEW YORK 10017

    ☒ I will continue to be counsel of record on the above-entitled case at my ~~new~~ firm/agency.
    PLEASE NOTE THAT LIFSHUTZ + LIFSHUTZ WAS NEVER COUNSEL HERE.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ **Address:** 99 PARK AVENUE

☐ **Telephone Number:** 212-286-8585

☐ **Fax Number:** 212-490-8966

☐ **E-Mail Address:** PHABERMAN@HPMB.COM

Dated: 6/20/08