UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FRANK MERCADO, individually and as
Administrator of the Estate of DAVID
MERCADO, And Evelyn MERCADO,

         Plaintiff,        08 CIVIL 02855 (BSJ)

  -against-

THE CITY OF NEW YORK, et al.

         Defendant.
------------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: PAUL STUART HABERMAN

☐ ***Attorney***

  ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: PH2771

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☒ ***Law Firm/Government Agency Association***

  From: LIFSHUTZ - LIFSHUTZ, P.C. (NOT THERE SINCE 11/07)

  To: HEIDELL, PITTONI, MURPHY + BACH, LLP
    99 PARK AVENUE, NEW YORK, NEW YORK 10017

  ☒ I will continue to be counsel of record on the above-entitled case at my ~~new~~ firm/agency.
  PLEASE NOTE THAT LIFSHUTZ + LIFSHUTZ WAS NEVER COUNSEL HERE.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 99 PARK AVENUE

☐ *Telephone Number:* 212-286-8585

☐ *Fax Number:* 212-490-8966

☐ *E-Mail Address:* PHABERMAN@HPMB.COM

Dated: 6/20/08