UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRANK MERCADO, individually and as administrator of
the Estate of DAVID MERCADO, and EVELYN
MERCADO,

                        Plaintiffs,                                      **08 CV 2855**

              - against -                                        **RULE 7.1 STATEMENT**

THE CITY OF NEW YORK, DEPARTMENT OF                 **TRIAL BY JURY**
CORRECTION COMMISSIONER MARTIN F. HORN,        **DEMANDED**
JOHN DOE CORRECTION OFFICERS ##1-5, PRISON
HEALTH SERVICES, INC., MICHAEL CATALANO,
C.E.O. OF PRISON HEALTH SERVICES, INC.,
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE MEDICAL DIRECTOR TREVOR PARKS,
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE PROGRAM DIRECTOR REBECCA PINNEY,
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE DEPUTY COMMISSIONER JAMES
CAPOZIELLO, DEPARTMENT OF HEALTH AND
MENTAL HYGIENE MEDICAL DIRECTOR DOCTOR
BENJAMIN OKONTA, PRISON HEALTH SERVICES,
INC., EMPLOYEES ##1-5

                        Defendants.
------------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, PRISON HEALTH SERVICES, INC., a non-governmental corporate party, certifies that it is and was a publicly owned corporation. Defendant PRISON HEALTH SERVICES, INC. does have a parent corporation and upon information and belief there are

541435.1

publicly held parents, subsidiaries and affiliates of PRISON HEALTH SERVICES, INC.

Dated: New York, New York
July 17, 2008

                          Respectfully submitted,

                          HEIDELL, PITTONI, MURPHY & BACH, LLP
                          Of Counsel to MICHAEL A. CARDOZO, ESQ.,
                          Corporation Counsel of the City of New York

By: _____
     PAUL S. HABERMAN (PH 2771)
     Attorneys for Defendant
     PRISON HEALTH SERVICES, INC.
     Office & P.O. Address
     99 Park Avenue
     New York, New York  10016
     (212) 286-8585

TO:    Andrew B. Stoll, Esq.
        STOLL, GLICKMAN & BELLINA, LLP
        Attorneys for Plaintiff FRANK MERCADO
        71 Nevins Street
        Brooklyn, New York  11217
        (718) 852-3710

        Colleen M. Meenan, Esq.
        Meenan & Associates, LLC
        Attorneys for Plaintiff EVELYN MERCADO
        64 Fulton Street, Ste. 502
        New York, NY 10038

541435.1

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     **Jennifer Alvarado**, being sworn, says:

     I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

     On **July 17, 2008**, I served a true copy of the annexed **RULE 7.1 STATEMENT** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

TO:    Andrew B. Stoll, Esq.
       STOLL, GLICKMAN & BELLINA, LLP
       Attorneys for Plaintiff FRANK MERCADO
       71 Nevins Street
       Brooklyn, New York 11217
       (718) 852-3710

       Colleen M. Meenan, Esq.
       Meenan & Associates, LLC
       Attorneys for Plaintiff EVELYN MERCADO
       64 Fulton Street, Ste. 502
       New York, NY 10038

                                                  _____
                                                     Jennifer Alvarado

Sworn to before me this
18th day of July, 2008

_____
NOTARY PUBLIC

IDALIA SANCHEZ
Notary Public, State of New York
No. 01SA6161579
Qualified in Queens County
Commission Expires Feb. 26, 20 11

541435.1