## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK     )

**DIANA GRECEQUET-ALVAREZ**, being sworn, says:

I am not a party to the action, am over 18 years of age and am employed by HEIDELL, PITTONI, MURPHY & BACH, LLP.

On **August 4, 2008**, I served a true copy of the annexed **ANSWER** in the following manner: by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

Andrew B. Stoll, Esq
STOLL, GLICKMAN & BELLINA, LLP
Attorneys for Plaintiff
71 Nevins Street
Brooklyn, New York 11217

DIANA GRECEQUET-ALVAREZ

Sworn to before me this
5th day of August, 2008

NOTARY PUBLIC

MYRZA S. GARCIA
Notary Public, State of New York
No. 01GA4935570
Qualified in Bronx County
Commission Expires Dec. 12, 2010

543181.1