UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

FRANK MERCADO, Individually
and as administrator of
the Estate of David Mercado,
et al.,

                       Plaintiffs,

  -against-

THE CITY OF NEW YORK, et al.,

                       Defendants.
----------------------------------X

08 Civ. 2855 (BSJ)(HBP)

SCHEDULING
ORDER

      PITMAN, United States Magistrate Judge:

      An initial pretrial conference having been held in this matter on August 7, 2008, with the consent of counsel, it is hereby ORDERED that:

      1. All parties shall make all disclosures required by Fed.R.Civ.P. 26(a)(1) no later than September 8, 2008.

      2. Any motions to amend the pleadings or to join additional parties shall be made no later than September 30, 2008.

      3. All fact discovery shall be completed on or before February 11, 2009.

      4. Plaintiffs shall produce all materials required by Rule 26(a)(2) of the Federal Rules of Civil

Procedure concerning all matters other than damages no later than February 11, 2009.

5. Defendants shall produce all materials required by Rule 26(a)(2) of the Federal Rules of Civil Procedure concerning all matters other than damages no later than March 10, 2009.

6. Depositions of expert witnesses concerning matters other than damages shall be completed no later than April 9, 2009.

7. Dispositive motions, if any, shall be served and filed no later than May 8, 2009.

7. The parties shall report for a settlement conference on February 6, 2009 at 2:00 p.m. in Courtroom 18A, United States Courthouse, 500 Pearl Street, New York, New York 10007. **A copy of my procedures for settlement conferences is annexed hereto**.

8. A schedule for expert disclosures concerning damages and for submission of the pretrial order and

other related materials shall be set if the matter does not settle and survives a dispositive motion.

Dated:   New York, New York
        August 11, 2008

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Andrew B. Stoll, Esq.
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, New York  11217

Colleen M. Meenan, Esq.
Mennan & Associates LLC
Suite 502
64 Fulton Street
New York, New York  10038

Austa S. Devlin, Esq.
Heidell, Pittoni, Murphy
   & Bach, LLP
99 Park Avenue
New York, New York  10016